**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JEFFREY LENROW SHEPHERD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil No.   16-cv-027-CJP** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER for ATTORNEY'S FEES**

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award Attorney Fees. **(Doc. 28).**

Defendant represents that the parties have agreed that plaintiff is entitled to an award of attorney's fees and expenses in the amount of $5,750.00, and with no additional amount for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion to Award Attorney Fees **(Doc. 28)** is **GRANTED**. The Court awards plaintiff Jeffrey Lenrow Shepherd the sum of **$5,750.00** (five thousand seven hundred and fifty dollars) for attorney's fees and expenses, and $0.00 for costs, pursuant to the Equal Access to Justice Act. These funds shall be

1

payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   December 6, 2016.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**